WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>RILEY BRIONES, JR., )<br>)<br>Defendant. )<br>_____ ) | No. CR 96-464-4 PHX RCB<br><br>O R D E R |

   IT IS ORDERED referring this matter to the Hon. Lawrence O. Anderson for the limited purpose of determining whether counsel should be appointed for Defendant Riley Briones, Jr.

   DATED this 16th day of April, 2013.

*(signature)*
Robert C. Broomfield
Senior United States District Judge

Copies to Defendant Riley Briones, Jr. and counsel of record